JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN PARZIVAND,<br>Plaintiff,<br>v.<br>MASTERCRAFT BOAT COMPANY, LLC, et al.,<br>Defendants. | Case No. CV 25-10388-MWF(AJRx)<br>ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL |

The Court has considered the parties' Stipulation of Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A)(ii) (the "Stipulation"). (Docket No. 25). For good cause shown, the Court GRANTS the Stipulation. The Court ORDERS this case DISMISSED with prejudice in its entirety.

IT IS SO ORDERED.

Dated: September 16, 2026

MICHAEL W. FITZGERALD
United States District Judge